# BakerHostetler

Docket #88

**Baker&Hostetler LLP**

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

May 14, 2015

John W. Moscow
direct dial: 212.589.4636
jmoscow@bakerlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/15
```

**VIA ECF**

Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   *Athineos et al v. Andromeda Investments Co., Ltd. et al*,
      Civil Action No. 1:13-cv-05076-CM

Dear Judge McMahon:

I represent Defendants in the above-captioned case, and I write regarding the June 2, 2015, conference set forth in today's order. Dkt. No. 87. I object to the *ex parte* nature of the conference, except for that portion of the conference that is necessary to ascertain the basis of the conflict between Plaintiffs and their attorneys. As to that portion, I request that it be recorded and sealed.

Accordingly, I respectfully request permission to attend the June 2, 2015 conference.

Respectfully submitted,

*/s/ John W. Moscow*

John W. Moscow

cc:   Fred A. Schwartz, Esq.
      Robert Gershman, Esq.
      Debra Guzov, Esq.
      Anne W. Salisbury, Esq.

*[Handwritten endorsement:]* unless he entirely in the bellway for which your client would not care to pay.

6/1/2015
Mr. Moscow - I do not intend to do anything at this conference except to ascertain the basis of the conflict and decide whether counsel really can without your presence. Colleen McM.

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC