**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1581
(212) 805-6325

CHAMBERS OF
COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/15

TO ALL COUNSEL IN: Athineos v. Andromeda Investment Co., *et al.*

(13 Civ. 5076) (CM)

FROM: Judge McMahon  CM

RE: Questions from the Bench

DATE: October 20, 2015

---

Counsel:

Please file responses to the pending questions by 5pm on October 21, 2015.